NOT FOR PUBLICATION

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| KHAL ANSHEI TALLYMAWR, INC., <br><br> Plaintiff, <br><br> v. <br><br> TOWNSHIP OF TOMS RIVER, NEW JERSEY and TOWNSHIP OF TOMS RIVER ZONING BOARD OF ADJUSTMENT, <br><br> Defendants. | Civ. No. 21-2716 <br><br> **ORDER** |

THOMPSON, U.S.D.J.

For the reasons stated in this Court's Opinion on this same day,

IT IS, on this 3rd day of December, 2021,

ORDERED that the Motion to Dismiss filed by Defendants Township of Toms River, New Jersey and Township of Toms River Zoning Board of Adjustment (the "Defendants") (ECF No. 11) is GRANTED IN PART and DENIED IN PART; and it is further

ORDERED that Defendants' Motion is DENIED as to facial and as-applied challenges under the Religious Land Use and Institutionalized Persons Act (Counts I–IV); and it is further

ORDERED that Defendants' Motion is DENIED as to facial and as-applied challenges under the Free Exercise Clause of the United States Constitution (Count VI); and it is further

ORDERED that Defendants' Motion is DENIED as to facial and as-applied challenges under the New Jersey Law Against Discrimination (Count VII); and it is further

1

ORDERED that Defendants' Motion is DENIED as to its as-applied challenge under the Equal Protection Clause of the Fourteenth Amendment of the United States Constitution (Count V); and it is further

ORDERED that Plaintiff Khal Anshei Tallymawr Inc. is limited to seeking damages with respect to the above claims; and it is further

ORDERED that Defendants' Motion is GRANTED as to its facial challenge under the Equal Protection Clause of the Fourteenth Amendment of the United States Constitution (Count V).

*/s/ Anne E. Thompson*
ANNE E. THOMPSON, U.S.D.J.